# VENABLE LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

---

October 2, 2024

*[Handwritten: File motion for a default judgment by October 31, 2024.]*

Xochitl S. Strohbehn
t 212.370.6224
f 212.307.5598
XSStrohbehn@Venable.com

**Conference Adjourned**
From: *[Handwritten: October 25, 2024]*
To: January 10, 2025 at 10:30am.  Call-In: 1-888-363-4749
Access Code: 3667981

**VIA ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:
*[Signature]*
P. KEVIN CASTEL, U.S.D.J.
Date: 10-2-24

Re:  *Human Rights Foundation v. Deja Vu Decors, LLC et al.*, Case No. 1:24-cv-06375-PKC (S.D.N.Y.).

Dear Judge Castel:

I write on behalf of Plaintiff Human Rights Foundation ("Plaintiff") regarding the initial pretrial conference that is currently scheduled in the above referenced matter for October 25, 2024. *See* ECF No. 10.

Plaintiff filed a Complaint against Defendants Déjà Vu Decors, LLC and Brian Long on August 23, 2024. ECF No. 1. On August 28, 2024, both defendants were served with a Summons and copy of the Complaint pursuant to Rules 4(h) and 4(e) of the Federal Rules of Civil Procedure, respectively. Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure required both Defendants to answer or otherwise respond to Plaintiff's Complaint on or before September 18, 2024. Defendants have neither answered or otherwise responded, nor communicated with or otherwise contacted Plaintiff to request consent to an extension of time to answer the Complaint. As of today's date, both Defendants have failed to either answer or otherwise respond to the Plaintiff's Complaint and are therefore in default.

Today, Plaintiff requested that the Clerk of the Court enter default against Defendants Déjà Vu Decors, LLC and Brian Long in accordance with Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1. ECF Nos. 13 and 14. Accordingly, Plaintiff respectfully requests that the Court adjourn the initial pretrial conference.

Respectfully submitted,

*[Signature]*

Xochitl S. Strohbehn