UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUMAN RIGHTS FOUNDATION,

                       Plaintiff,

- against -

DÉJÀ VU DECORS, LLC and BRIAN LONG,

                       Defendants.

Case No. 1:24-cv-06375-PKC

## [PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANTS FOR SUM CERTAIN

WHEREFORE, Defendants DÉJÀ VU DECORS, LLC and BRIAN LONG (collectively, "Defendants") were each served with a Summons and a copy of the Complaint on or about August 28, 2024 (ECF Nos. 8, 9); and

WHEREFORE, the time for Defendants to appear, answer, or move against the Complaint has expired without an appearance by either of the Defendants; and

WHEREFORE, the Clerk of the Court entered a Certificate of Default on October 3, 2024, as to all Defendants (ECF No. 16);

WHEREFORE, Brian Long and Déjà vu Decors, LLC were each served with a copy of the Certificate of Default on October 7, 2024 (ECF Nos. 18, 19).

Accordingly, pursuant to Fed. R. Civ. P. 55(b)(1) and Local Rule 55.2(b), it is hereby:

ORDERED and ADJUDGED, that Default Judgment shall be, and hereby is, entered in favor of Plaintiff Human Rights Foundation and against Defendant Déjà Vu Decors, LLC and Brian Long, jointly and severally, as to the First Claim For Relief (Enforcement of Promissory Note); the Second Claim For Relief (Breach of Contract – Promissory Note); the Third Claim For Relief (Fraud); the Fourth Claim For Relief (Conversion); and the Fifth Claim for Relief in the Alternative (Unjust Enrichment) of the Complaint (ECF No. 1), in the amount of $177,195.74,

*plus* costs in the amount of $7,838.55, *plus* pre-judgment interest in the sum of $41,962.44 ($43.69/day from March 4, 2022 to the date of this Default Judgement at 9% per diem), amounting in all to $219,158.18, *plus* post-judgment interest on the Default Judgment at the legal rate until the judgment is satisfied, and Plaintiff has execution therefore.

The Clerk shall terminate the motion at ECF 20 and close the case.

JUDGMENT ENTERED THIS 8th DAY OF November, 2024.

_____
HON. P. KEVIN CASTEL

2